UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY HARDY,

    Petitioner,

v.

MICHAEL MALONEY,

    Respondent.

Civil Action No. 01-cv-10794-PBS

## REPORT AND RECOMMENDATION ON PETITION FOR WRIT OF HABEAS CORPUS

February 12, 2018

Boal, M.J.

On May 9, 2001, Jeffrey Hardy, who is currently serving a life sentence at a Massachusetts correctional facility, petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as amended by the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Docket No. 1 ("Petition").[1] Hardy raised nine claims in his Petition, seven of which remain before this Court. Respondent Michael Maloney opposes the Petition. Docket No. 67. For the reasons set forth below, this Court recommends that the District Judge DENY the Petition.[2]

I. PROCEDURAL HISTORY

Hardy was charged with murder in the first degree by reason of deliberate premeditation and extreme atrocity or cruelty, and armed robbery. Supplemental Answer ("S.A.") at 1-2. On

---

[1] The Petition is accompanied by a 54-page addendum, which is cited herein as "Pet. Add."
[2] On November 30, 2015, the District Judge referred this case to the undersigned for full pretrial case management and a report and recommendation. Docket No. 54.

1

---

Handwritten annotations:

*Paul B Saris*

3/8/18 after a review of the R&R objections, I adopt the report and recommendation and deny the petition. I certify all objections to issues for appeal.